UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.,

          Plaintiff,

-against-                          CASE NUMBER: 07 CV 2927 (RO)

WATERMELONS PLUS, INC., WATERMELONS II, INC., ANTHONY M. PAGANO and MICHAEL J. PAGANO

          Defendants.

Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:  Westbury, New York
        May 14, 2007

                                      KREINCES & ROSENBERG, P.C.

                             By: _____
                                      LEONARD KREINCES (LK/6524)
                                      Attorneys for Plaintiff
                                      900 Merchants Concourse, Suite 305
                                      Westbury, New York 11590
                                      (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\FIERMAN\Watermelon Plus\Rule 7.frm