```
              0 ·*
         3,812·00+
        28,089·50+
        21,840·37+
           924·00+

        54,665·87*
```

# HERMAN PRODUCE EXCHANGE INC

COMMISSION MERCHANTS
**ONIONS & POTATOES**
OUR SPECIALTY
HUNTS POINT TERMINAL MARKET

STORES 247-256 ROW B
"B" BRONX, NY 10474

NEW YORK PRODUCE TRADE ASSOCIATION INC — MEMBER

SOLD TO:
WATERMELON PLUS, INC.
99 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO: WATB
DATE: 12/07/05

On this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

NET CASH-IN ACCORDANCE WITH PACA TRUST. PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS IS OBTAINED FROM SALESMAN AUTHORIZING SAME

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 0061881 | 12/02/05 | | DEL | | | |
| | | 56 | CANTALOUPE 15 | 6288 01 | 18.00 | 1,008.00 |
| | | 70 | HONEY DEW 5'S | 6283 07 | 10.50 | 735.00 |
| | | 120 | TOMATO CHERRY | 6212 01 | 10.00 | 1,200.00 |
| | | 2 | EGGPLANT 18 | 6215 01 | 13.00 | 26.00 |
| | | 160 | LINER LETTUCE | 6240 01 | 12.00 | 1,920.00 |
| | | 40 | GRAPE CRIMSON R | 6252 01 | 12.00 | 480.00 |
| 0247329 | | | K-260 | | | |
| | | 960 | MAC APPLE 140 | 960 01 F | 8.00 | 7,680.00 |
| | | 96 | APPLE FUJI 140 | 96 01 F | 8.00 | 768.00 |
| 0062656 | 12/06/05 | | BROCK | | | |
| | | 35 | ROMAINE LETTUCE | 6308 04 | 13.00 | 455.00 |
| | | 80 | LINER LETTUCE | 6275 03 | 13.00 | 1,040.00 |
| 0062942 | 12/07/05 | | DEL | | | |
| | | 40 | LINER LETTUCE | 6275 01 | 13.00 | 520.00 |
| | | 43 | CANTALOUPE 15 | 8289 01 | 18.00 | 774.00 |
| | | 7 | SQUASH GR.W/B | 6318 07 | 14.00 | 98.00 |
| | | 32 | CELERY/PAS 24 | 6241 01 | 15.00 | 480.00 |

CURRENT
1 WEEK
2 WEEKS
3 WEEKS
PAST DUE 10
OVER 4 WEEKS

TERMS: NET CASH

Pd 4/c 8/24/06   13,812.00 *
CK1026  10,000.00
Bal  3,812.00

DEC 21 2006
JAN 6 2006
AUG 29 2006

AMOUNT DUE
Pd ACC 7/16/06
ACC 8002346N

** THANK YOU FOR YOUR PROMPT PAYMENT **

# FIERMAN PRODUCE EXCHANGE INC.

COMMISSION MERCHANTS.
ONIONS & POTATOES
OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

TELEPHONE
FAX NO. 718-

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS
PAGE 1

MEMBER
NEW YORK PRODUCE TRADE ASSOCIATION INC

**SOLD TO:**
WATERMELON PLUS, INC.
99 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO. WATE
DATE 12/21/05

TERMS NET 10 DAYS

| CURRENT | 21840.37 |
| 1 WEEK | 28089.50 |
| 2 WEEKS | 17184.00 |
| 3 WEEKS | 8648.00 |
| PAST DUE | 9119.00 |
| OVER 4 WEEKS | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

NET CASH-IN ACCORDANCE WITH PACA TRUST. PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 00651566 | 12/15/05 | 32 | CELERY/PAS 24 | 6339 | 03 | 15.00 | 480.00 | | |
| | | 20 | LINER LETTUCE | 6340 | 02 | 14.00 | 280.00 | 760.00 | 760.00 |
| 00654933 | 12/16/05 | 40 | LINER LETTUCE | 6340 | 02 | 14.00 | 560.00 | | |
| | | 20 | ROMAINE LETTUCE | 6372 | 05 | 14.00 | 280.00 | | |
| | | 1 | CAULIFLOWER 12 | 6393 | 03 | 18.00 | 18.00 | | |
| | | 5 | BROCCOLI 14 | 6369 | 01 | 12.00 | 60.00 | | |
| | | 19 | CELERY/PAS 30 | 6393 | 02 | 15.00 | 285.00 | | |
| | | 13 | CELERY/PAS 30 | 6413 | 03 | 15.00 | 195.00 | 1,398.00 | 1,398.00 |
| 02475511 | 12/19/05 | | K-280 | | | | | | |
| | | 956 | ANJOU PEAR 150 | 9315 | 01 | 17.77 | 16,543.87 | | |
| | | 1 | RECORDER | | | 23.50 | 23.50 | 16,567.37 | 16,567.37 |
| 00662661 | 12/20/05 | | DEL | | | | | | |
| | | 80 | LET.CELLO 24 | 6416 | 01 | 17.00 | 1,360.00 | | |
| | | 15 | HONEY DEW 5'S | 6412 | 04 | 10.00 | 150.00 | | |
| | | 5 | BROCCOLI 14 | 6421 | 01 | 15.00 | 75.00 | 1,585.00 | |
| | | | PICK UP | | | | | | |
| 00669978 | | 90 | LINER LETTUCE | 6433 | 03 | 17.00 | 1,530.00 | 1,530.00 | 3,115.00 |

********** MERRY CHRISTMAS **********

AMOUNT DUE $ 21,840.37

# FIERMAN PRODUCE EXCHANGE INC.

COMMISSION MERCHANTS
**ONIONS & POTATOES**
OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

TELEPHONE 718-893-1640
FAX NO. 718-328-3738

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS.

PAGE 1

MEMBER NEW YORK PRODUCE TRADE ASSOCIATION INC.

**SOLD TO:**
WATERMELON PLUS, INC.
99 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO: WATE
DATE: 12/28/05

TERMS NET 10 DAYS

| CURRENT | 924.00 |
| 1 WEEK | 21840.37 |
| 2 WEEKS | 28089.50 |
| 3 WEEKS | 17184.00 |
| PAST DUE | 99767.00 |
| OVER 4 WEEKS | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 0068034 | 12/28/05 | 30 | CARROT LOOSE | 6496 | 04 | 12.00 | 360.00 | | |
| | | 23 | CELERY/PAS 30 | 6470 | 02 | 16.00 | 368.00 | | |
| | | 14 | LINER LETTUCE | 6458 | 01 | 14.00 | 196.00 | 924.00 | 924.00 |

AMOUNT DUE  $ 924.00

********* HAVE A HAPPY NEW YEAR *********