

(Invoice, rotated 90°)

**COMMISSION MERCHANTS**
**ONIONS & POTATOES OUR SPECIALTY**
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

SOLD TO:
WATERMELONS II, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO: WAT2
DATE: 09/13/06

TERMS NET 10 DAYS

| CURRENT | 20979.50 |
| 1 WEEK | 17535.00 |
| 2 WEEKS | 21947.50 |
| 3 WEEKS | 30175.00 |
| PAST DUE | 46039.50 |
| OVER 4 WEEKS | |

PAGE 2

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0000001939 | 09/12/06 | 2 | LEMON 200 | 8613 03 | 25.00 | 50.00 | | |
| | | 80 | RED PLUM 40 | 8642 01 | 12.00 | 960.00 | | |
| | | 85 | PLUOT 20 | 8610 05 | 12.00 | 1,020.00 | | |
| | | 160 | PLUOT 20 | 8651 07 | 12.00 | 1,920.00 | 4,042.50 | 6,037.50 |
| | | 382 | PLUOT 40 | 8642 05 | 12.00 | 4,584.00 | | |
| | | 98 | PLUOT 40 | 8663 09 | 12.00 | 1,176.00 | 5,766.00 | 5,766.00 |

AMOUNT DUE $ 20,979.50

PAYMENT IS DUE NO LATER THAN 10/04/06

Stamps: NOV 15 2006, DEC 18 2006, DEC 21 2006, DEC 27, FEB 8 2007, OCT 10 2006, MAR 8 2007, PAST DUE, PLEASE REMIT, Skipped

# HERMAN PRODUCE EXCHANGE, INC.

COMMISSION MERCHANTS
ONIONS & POTATOES
OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

TELEPHONE 718-893-1040
FAX NO. 718-328-3738

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.
CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS

PAGE 1

"On this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

SOLD TO: WATERMELONS II, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO: WAT2
DATE: 09/13/06

TERMS NET 10 DAYS

| | AMOUNT |
|---|---|
| CURRENT | 20979.50 |
| 1 WEEK | 17535.00 |
| 2 WEEKS | 21947.50 |
| 3 WEEKS | 30175.00 |
| PAST DUE OVER 4 WEEKS | 46039.50 |

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0029831 | 09/07/06 | 20 | LINER LETTUCE | 8628 03 | 26.00 | 520.00 | | |
| | | 191 | RED PLUM 20 | 8609 12 | 12.00 | 2,292.00 | | |
| | | 12 | RED PLUM 30 | 8579 01 | 12.00 | 144.00 | | |
| | | 155 | RED PLUM 35 | 8609 09 | 12.00 | 1,860.00 | | |
| | | 160 | RED PLUM 40 | 8609 10 | 12.00 | 1,920.00 | | |
| | | 194 | RED PLUM 40 | 8642 01 | 12.00 | 2,328.00 | 9,064.00 | 9,064.00 |
| 0030213 | 09/08/06 | 5 | CUKE SELECT | 8615 01 | 14.00 | 70.00 | | |
| | | 2 | LINER LETTUCE | 8674 03 | 24.00 | 48.00 | 118.00 | 118.00 |
| 0030620 | 09/11/06 | 40 | DEL | | | | | |
| | | 26 | LINER LETTUCE | 8668 04 | 20.00 | 520.00 | | |
| | | 18 | CELERY/PAS 30 | 8640 02 | 22.00 | 396.00 | | |
| | | 14 | CELERY/PAS | 8668 02 | 22.00 | 308.00 | | |
| | | 40 | CUKE SELECT | 8615 01 | 14.00 | 560.00 | | |
| | | 1 | PEPPER MEDIUM | 8676 02 | 9.00 | 9.00 | | |
| | | 2 | BROCCOLI 14 | 8669 01 | 18.00 | 36.00 | | |
| | | 10 | HONEY DEW 8'S | 8652 03 | 12.00 | 120.00 | | |
| | | 2 | TOMATOES 5X6'S | 8657 01 | 23.00 | 46.00 | 1,995.00 | |
| 0030621 | | 2 | GRAPE THOMPSON | 8671 02 | 14.00 | 28.00 | | |
| | | 1 | YAMS GODWIN#1 | | 16.50 | 16.50 | | |
| | | 3 | CANTALOUPE 12 | 8641 02 | 16.00 | 48.00 | | |

AMOUNT DUE $

# FIERMAN PRODUCE EXCHANGE INC.

COMMISSION MERCHANTS
**ONIONS & POTATOES**
OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

TELEPHONE 718-893-640
FAX NO. 718-328-3738

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS

PAGE 1

MEMBER — NEW YORK PRODUCE TRADE ASSOCIATION INC

SOLD TO:
WATERMELONS II, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO: WAT2
DATE: 09/13/06

TERMS NET 10 DAYS

| | |
|---|---|
| CURRENT | 20979.50 |
| 1 WEEK | 17535.00 |
| 2 WEEKS | 21947.50 |
| 3 WEEKS | 30175.00 |
| PAST DUE | 46039.50 |
| OVER 4 WEEKS | |

"retains a trust claim over these commodities ... these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."

"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO | DATE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 00302190 | 09/08/06 | 5 | CUKE SELECT | 8615 01 | 14.00 | 70.00 | | |
| | | 2 | LINER LETTUCE | 8644 03 | 24.00 | 48.00 | 118.00 | 118.00 |
| 00306200 | 09/11/06 | 26 | DEL LINER LETTUCE | 8665 04 | 20.00 | 520.00 | | |
| | | 18 | CELERY/PAS 34 | 8644 02 | 22.00 | 396.00 | | |
| | | 14 | CELERY/PAS 30 | 8648 02 | 22.00 | 308.00 | | |
| | | 40 | CUKE SELECT | 8615 01 | 14.00 | 560.00 | | |
| | | 1 | PEPPER MEDIUM | 8676 02 | 9.00 | 9.00 | | |
| | | 2 | BROCCOLI 14 | 8669 01 | 18.00 | 36.00 | | |
| | | 10 | HONEY DEW 8'S | 8652 03 | 12.00 | 120.00 | | |
| | | 2 | TOMATOES 5X6'S | 8657 01 | 23.00 | 46.00 | 1,995.00 | |

PAID
CHECK # 1454
DATE 12-002-06
AMT 2113.00

$ 2113.00

# FIERMAN PRODUCE EXCHANGE

COMMISSION MERCHANTS
## ONIONS & POTATOES
### OUR SPECIALTY
HUNTS POINT TERMINAL MARKET

STORES 247-256 ROW B
BRONX, NY 10474

MEMBER
NEW YORK PRODUCE TRADE ASSOCIATION, INC.

SOLD TO:
WATERMELONS II, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

| CUSTOMER NO. | WAT2 |
|---|---|
| DATE | 09/20/06 |

| TERMS: | #11/2/07. | 8,700.00— |
|---|---|---|
| | | 15,253.50◊ |
| CURRENT | 000 | |
| 1 WEEK | #1160. | 943.00— |
| 2 WEEK | | |
| 3 WEEK | | 14,310.50◊ |
| PAST D | | |
| OVER 4 | | |

NO ALLOWANCES OR RETURNS WILL BE
IS OBTAINED FROM SALESMAN AUTHO

NET CASH—IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT
OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | PRICE | EXT | | |
|---|---|---|---|---|---|---|---|---|
| | | 7 | HONEY DEW 6'S | 8731 02 | 14.00 | | #1/3/07. | 1,231.00— |
| | | 2 | ROMAINE LETTUCE | 8728 05 | 15.00 | | #1174. | |
| | | 1 | PEPPER GR XL | 8710 01 | 15.00 | | | 13,079.50◊ |
| | | 2 | TOMATOES 5X6'S | 8736 03 | 34.00 | | —001 | |
| | | 1 | YAMS GODWIN#1 | | 16.50 | | —002 | |
| | | 3 | BROCCOLI 14 | 8699 04 | 15.00 | | | |
| 0001899 | | 4 | GRAPE THOMPSON | 8764 02 | 14.00 | | #1190. | 2,956.00— |
| | | | | | | | #2/15/07. | |
| | | 2 | TOMATO CHERRY | 8762 02 | 26.00 | | Ref | 7,680.00— |
| | | 160 | PLUM GREEN 50 | 8762 03 | 12.00 | 1.5 | | |
| | | 160 | RED PLUM 55 | 8762 04 | 12.00 | 1.5 | —004 | |
| | | 160 | RED PLUM 20 | 8762 05 | 12.00 | 1.5 | | 2,443.50◊ |
| | | 160 | PLUOT 35 | 8762 08 | 12.00 | 1.5 | #12/3 | |
| | | 160 | PLUOT 20 | 8762 09 | 12.00 | 1.5 | #3/12/07. | 1,259.00— |
| | | | PICK UP | | | | | |
| 0002232 | | 72 | CABBAGE GREEN | 8743 03 | 9.50 | 684 | —005 | 1,204.50* |
| | | 21 | LIHER LETTUCE | 8731 01 | 15.00 | 315 | | |
| | | 30 | CUKE SELECT | 8744 01 | 8.00 | 240 | Balance | |

FEB 8

NOV 15 2006

OCT 19 2006

DEC 18 2006
DEC 21 2006
DEC 27 2006

Skipped

$23,953.50

AMOUNT DUE

**PAYMENT IS DUE NO LATER THAN 10/11/06**

on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

FAX NO. 718-328-3738

PAST DUE ACCOUNTS WILL ACCRUE 1.2 INTEREST PER MONTH. IF LEGAL ACTI IS TAKEN TO COLLECT PAST DUE AMOU YOU AGREE TO PAY OUR REASONAB ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MA IMMEDIATELY UPON RECEIPT OF GOOD
PAGE 1

COMMISSION MERCHANTS
ONIONS & POTATOES
OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

MEMBER
NEW YORK PRODUCE TRADE ASSOCIATION INC

SOLD TO:
WATERMELONS 11, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO. WAT2
DATE 02/28/07

TERMS NET 10 DAYS

| | |
|---|---|
| CURRENT | 4572.00 |
| 1 WEEK | 2904.00 |
| 2 WEEKS | 4412.00 |
| 3 WEEKS | 2440.00 |
| PAST DUE | 30010.00 |
| OVER 4 WEEKS | |

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0047961 | 02/22/07 | 32 | CELERY/PAS 30 | 9911 01 | 48.00 | 1,536.00 | | |
| | | 20 | CUKE SELECT | 9907 07 | 28.00 | 560.00 | 2,096.00 | 2,096.00 |
| 0048626 | 02/26/07 | 7 | CUKE SELECT | 9915 02 | 30.00 | 210.00 | | |
| | | 23 | CUKE SELECT | 9926 08 | 30.00 | 690.00 | | |
| | | 24 | LET.CELLO 24 | 9882 01 | 14.00 | 336.00 | 1,236.00 | 1,236.00 |
| 0049316 | 02/28/07 | 30 | CUKE SELECT | 9928 05 | 32.00 | 960.00 | | |
| | | 20 | LET.CELLO 24 | 9929 01 | 14.00 | 280.00 | 1,240.00 | 1,240.00 |

AMOUNT DUE $ 4,572.00

** THANK YOU FOR YOUR PROMPT PAYMENT **

COMMISSION MERCHANTS
# ONIONS & POTATOES
## OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.
CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS
PAGE 1

Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

MEMBER NEW YORK PRODUCE TRADE ASSOCIATION INC

SOLD TO: WATERMELONS II, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO. WAT2
DATE 03/07/07

TERMS NET 10 DAYS

| CURRENT | 6361.00 |
| 1 WEEK | 4572.00 |
| 2 WEEKS | 2904.00 |
| 3 WEEKS | 4412.00 |
| PAST DUE | 32450.00 |

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 004994 | 03/02/07 | 32 | CELERY/PAS 30 | 9966 02 | 32.00 | 1,024.00 | | |
| | | 20 | CUKE SELECT | 9959 04 | 36.00 | 720.00 | 1,744.00 | 1,744.00 |
| 005029 | 03/05/07 | 105 | CABBAGE GREEN | 9983 01 | 14.00 | 1,470.00 | | |
| | | 25 | LINER LETTUCE | 9966 01 | 13.00 | 325.00 | 1,795.00 | 1,795.00 |
| 005095 | 03/07/07 | 20 | CUKE SELECT | 0001 02 | 38.00 | 760.00 | | |
| | | 42 | CARROT LOOSE | 9961 01 | 17.00 | 714.00 | | |
| | | 70 | CABBAGE GREEN | 9983 01 | 14.00 | 980.00 | | |
| | | 23 | LET.CELLO 24 | 9993 01 | 16.00 | 368.00 | 2,822.00 | 2,822.00 |

AMOUNT DUE $ 6,361.00

** THANK YOU FOR YOUR PROMPT PAYMENT **

"Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."

"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

MEMBER
NEW YORK PRODUCE TRADE ASSOCIATION INC

## ONIONS & POTATOES
### OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

INTEREST PER MONTH IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS

PAGE 1

SOLD TO:
WATERMELONS II, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO. WAT2
DATE 03/14/07

TERMS NET 10 DAYS

| | |
|---|---|
| CURRENT | 2952.00 |
| 1 WEEK | 6361.00 |
| 2 WEEKS | 4572.00 |
| 3 WEEKS | 2904.00 |
| PAST DUE | 20071.00 |
| OVER 4 WEEKS | |

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 005224 | 03/12/07 | | PICK UP | | | | | | |
| | | 25 | LINER LETTUCE | 0037 | 01 | 24.00 | 600.00 | | |
| | | 20 | CUKE SELECT | 0020 | 04 | 30.00 | 600.00 | 1,200.00 | 1,200.00 |
| 005229 | 03/13/07 | 26 | CABBAGE BAG | 0031 | 03 | 12.00 | 312.00 | | |
| | | 5 | LINER LETTUCE | 0037 | 01 | 24.00 | 120.00 | 432.00 | 432.00 |
| 005260 | 03/14/07 | 30 | LET.CELLO 30 | 0050 | 05 | 24.00 | 720.00 | | |
| | | 20 | CUKE SELECT | 0020 | | 30.00 | 600.00 | 1,320.00 | 1,320.00 |

AMOUNT DUE  $ 

** YOUR PROMPT PAYMENT IS APPRECIATED **

# FIERMAN PRODUCE EXCHANGE INC.

TELEPHONE 718-893-1640
FAX NO. 718-328-3738

COMMISSION MERCHANTS
**ONIONS & POTATOES**
**OUR SPECIALTY**
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

MEMBER NEW YORK PRODUCE TRADE ASSOCIATION INC

On this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. "In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS

PAGE 1

SOLD TO:
WATERMELONS II, INC.
97 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO: 2
DATE: 03/21/07

TERMS NET 10 DAYS

| CURRENT | |
| 1 WEEK | 600.00 |
| 2 WEEKS | 825.00 |
| 3 WEEKS | |
| PAST DUE | |
| OVER 4 WEEKS | |

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|
| 0052921 | 03/15/07 | 25 | LET.CELLO 30 | 0050  05  24.00 | 600.00 | | |
| | | 25 | CUKE SELECT | 0042  06  33.00 | 825.00 | | 1,425.00 |

AMOUNT DUE $  1,425.00