# MEMO ENDORSED

**ROBERTS & FIDLER, P.C.**
ATTORNEYS AT LAW
26 COURT STREET, PENTHOUSE
BROOKLYN, NEW YORK 11242

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/07

Seth G. Roberts (1948-1999)
Lewis A. Fidler
Ronna Roberts
Alex S. Rosenblum

Tel: (718) 596-3800 ext. 18
Fax: (718) 596-4433

of counsel to
Tenenbaum & Berger LLP

RECEIVED
APR 19
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

April 17, 2007

United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15-B
New York, NY 10007
Attn: Honorable Kimba M. Wood, USDJ

Re: Fierman Produce Exchange Inc. v. Watermelons Plus Inc. et al
Index No: 07CV2927

Dear Judge Wood:

Pursuant to our conference in chambers on Friday April 13, 2007, this letter will serve as our written consent for adjournment and extension to May 2, 2007 relating to the Order to Show Cause served on my client Watermelons II, Inc.

Thank you for your kind attention.

Very truly yours,

Alex Rosenblum, Esq
Roberts & Fidler, P.C.
Attorney for Defendant, Watermelons II Inc.
and Watermelons Plus Inc.
(For request for extension only)

AR/kg
cc: Leonard Kreinces, Esq.
Watermelons II Inc.

*The temporary restraining order dated April 12, 2007, is extended to May 2, 2007, upon consent of Defendants. The Court will hear Plaintiffs' motion for a preliminary injunction at 10:00 a.m. on May 2, 2007.*

SO ORDERED, N.Y., N.Y. 4-23-07

KIMBA M. WOOD
U.S.D.J.