UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.,

                     Plaintiff,         Case No.: 07 CV 2927 (LAK)

-against-

                                   **ORDER OF SEVERANCE**

WATERMELONS PLUS, INC., WATERMELONS, II, INC., ANTHONY M. PAGANO and MICHAEL J. PAGANO,

                     Defendants.

A stipulation of settlement ("stipulation") having been entered into in the above-entitled action between the plaintiff and the defendants, WATERMELONS, II, INC. and ANTHONY M. PAGANO and the performance of the terms of the stipulation having been satisfactorily completed,.

**NOW,** on motion of Leonard Kreinces, Esq., attorney for plaintiff, it is

**ORDERED**, that the defendants, WATERMELONS II, INC. and ANTHONY M. PAGANO be severed from the above-entitled action; and it is further

**ORDERED,** that all claims of the plaintiff against the severed defendants and all claims of the severed defendants against the plaintiff are hereby dismissed, with prejudice; and it is further

**ORDERED**, that the action shall continue against defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO, with the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FIERMAN PRODUCE EXCHANGE INC.,

        Plaintiff,

   -against-

WATERMELONS PLUS, INC., and MICHAEL J. PAGANO,

        Defendants.
----------------------------------------------------------X

Dated: June         , 2007

                                              Lewis A. Kaplan, U.S. District Judge

Z:\kreinces1\WORK\HUNTSPOINT\FIERMAN\Watermelon Plus\orderofseverance.wpd