UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.,

            Plaintiff,

-against-

WATERMELONS PLUS, INC., WATERMELONS, II, INC., ANTHONY M. PAGANO and MICHAEL J. PAGANO,

            Defendants.

Case No.: 07 CV 2927 (LAK)



ORDER OF SEVERANCE
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/07

A stipulation of settlement ("stipulation") having been entered into in the above-entitled action between the plaintiff and the defendants, WATERMELONS, II, INC. and ANTHONY M. PAGANO and the performance of the terms of the stipulation having been satisfactorily completed,.

**NOW,** on motion of Leonard Kreinces, Esq., attorney for plaintiff, it is

**ORDERED,** that the defendants, WATERMELONS II, INC. and ANTHONY M. PAGANO be severed from the above-entitled action; and it is further

**ORDERED,** that all claims of the plaintiff against the severed defendants and all claims of the severed defendants against the plaintiff are hereby dismissed, with prejudice; and it is further

**ORDERED,** that the action shall continue against defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO, with the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIERMAN PRODUCE EXCHANGE INC.,

        Plaintiff,

  -against-

WATERMELONS PLUS, INC., and MICHAEL
J. PAGANO,

        Defendants.
------------------------------------------------------------X

Dated: June 13, 2007

                                      /s/ Lewis A. Kaplan
                               Lewis A. Kaplan, U.S. District Judge

Z:\kreinces1\WORK\HUNTSPOINT\FIERMAN\Watermelon Plus\orderofseverance.wpd