# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 2927                                    Purchased/Filed:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN COUNTY

---

Fierman Produce Exchange, Inc.                                    Plaintiff

against

Watermelons Plus, Inc. and Michael J. Pagano                       Defendant

---

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 27, 2007_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____Amended Summons in a Civil Action and Amended Complaint together with the Index #_____ on _____Watermelons Plus, Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__   Approx. Wt: __140__   Approx. Ht: __5'6__
Color of skin: __White__   Hair color: __Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

31st day of _____July 2007_____

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0613289