UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.,

                Plaintiff,

    -against-

WATERMELONS PLUS, INC., WATERMELONS, II, INC., ANTHONY M. PAGANO and MICHAEL J. PAGANO,

                Defendants.

Case No.: 07 CV 2927 (LAK)

**NOTICE OF MOTION**

      Upon the application for Default Judgment of Leonard Kreinces, Esq., dated the 10th day of September, 2007, the Affidavit in Support dated the 10th day of September, 2007, the Clerk's Certificate of Default, and all pleadings heretofore had herein, the undersigned moves this Court before the Honorable LEWIS A. KAPLAN for an Order granting the plaintiff a default judgment against defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO only, in the amount of FIFTY-FOUR THOUSAND SIX HUNDRED SIXTY-FIVE and 87/100 ($54,665.87) DOLLARS based upon the defendants failure to appear in this action.

Dated: Westbury, New York
      September 10, 2007

                Yours, etc.,

                KREINCES & ROSENBERG, P.C.

        By: _____
           LEONARD KREINCES (LK6524)
           Attorneys for Plaintiff
           900 Merchants Concourse, Suite 305
           Westbury, New York 11590
           (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\FIERMAN\Watermelon Plus\Default Jmt.Federal.NoAnswr.wpd

4.    Jurisdiction of the subject matter of this action is based upon Federal question jurisdiction. Thereafter an amended Summons and amended Complaint was filed with the Clerk of the Court and issued for service upon WATERMELONS PLUS, INC. and MICHAEL J. PAGANO. That amended Summons and amended Complaint was served upon WATERMELONS PLUS, INC. on July 27, 2007 and upon MICHAEL J. PAGANO on July 28, 2007. Copies of the Affidavits of Service of the amended Complaint and amended Summons is annexed hereto as Exhibit "B".

5.    This action seeks judgment for the liquidated amount of FIFTY-FOUR THOUSAND SIX HUNDRED SIXTY-SIX and 87/100 ($54,665.87) DOLLARS, plus interest from December 2, 2005 in the amount of EIGHT THOUSAND THREE HUNDRED THIRTY and 64/100 ($8,330.64) DOLLARS plus costs of ONE HUNDRED NINETY and 00/100($190.00) DOLLARS, for a total of FIFTY-FIVE THOUSAND SIX HUNDRED EIGHTY-SIX and 51/100 ($55,686.51) DOLLARS, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

7.    The statement of account and invoices supporting the liquidated amount of FIFTY-FOUR THOUSAND SIX HUNDRED SIXTY-FIVE and 87/100 ($54,665.87) DOLLARS is annexed hereto as Exhibit "C".

8.    The disbursements sought to be taxed have been made in this action and will necessarily be made herein.

**WHEREFORE**, the plaintiffs request the entry of Default and the entry of the annexed

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.,                Case No.: 07CV 2927 (LAK)

                              Plaintiff,

                                              **AFFIDAVIT OF LEONARD
        -against-                             KREINCES, ESQ.**

WATERMELONS PLUS, INC., WATERMELONS, II,
INC., ANTHONY M. PAGANO and MICHAEL J.
PAGANO,

                              Defendants.

STATE OF NEW YORK    )
COUNTY OF NASSAU     )      ss.:

        LEONARD KREINCES, ESQ., being duly sworn, deposes and says:

        1.    I am a member of the Bar of this Court and am a member of the firm of KREINCES &

ROSENBERG, P.C., attorneys for the plaintiff in the above-entitled action, and I am familiar with

all the facts and circumstances in this action.

        2.    I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the

Southern District of New York, in support of the plaintiff's application for the entry of a judgment

against the defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO.

        3.    This is an action to recover the unpaid balance of FIFTY-FOUR THOUSAND SIX

HUNDRED SIXTY-FIVE and 87/100 ($54,665.87) DOLLARS, owed by the defendants,

WATERMELONS PLUS, INC., and MICHAEL J. PAGANO, to the plaintiff for the balance of

unpaid perishable agricultural commodities. The amended complaint is annexed hereto as Exhibit

"A."

4.    Jurisdiction of the subject matter of this action is based upon Federal question jurisdiction. Thereafter an amended Summons and amended Complaint was filed with the Clerk of the Court and issued for service upon WATERMELONS PLUS, INC. and MICHAEL J. PAGANO. That amended Summons and amended Complaint was served upon WATERMELONS PLUS, INC. on July 27, 2007 and upon MICHAEL J. PAGANO on July 28, 2007. Copies of the Affidavits of Service of the amended Complaint and amended Summons is annexed hereto as Exhibit "B".

5.    This action seeks judgment for the liquidated amount of FIFTY-FOUR THOUSAND SIX HUNDRED SIXTY-SIX and 87/100 ($54,665.87) DOLLARS, plus interest from December 2, 2005 in the amount of EIGHT THOUSAND THREE HUNDRED THIRTY and 64/100 ($8,330.64) DOLLARS plus costs of ONE HUNDRED NINETY and 00/100 ($190.00) DOLLARS, for a total of FIFTY-FIVE THOUSAND SIX HUNDRED EIGHTY-SIX and 51/100 ($55,686.51) DOLLARS, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

7.    The statement of account and invoices supporting the liquidated amount of FIFTY-FOUR THOUSAND SIX HUNDRED SIXTY-FIVE and 87/100 ($54,665.87) DOLLARS is annexed hereto as Exhibit "C".

8.    The disbursements sought to be taxed have been made in this action and will necessarily be made herein.

**WHEREFORE**, the plaintiffs request the entry of Default and the entry of the annexed

Judgment against the defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO.

Dated: Westbury, New York
      September 10 , 2007

LEONARD KREINCES  (LK6524)

Sworn to before me this
10th day of September, 2007.

Notary Public

DONNA MURPHY
Notary Public, State of New York
No. 01MU4928536
Qualified in Nassau County
Commission Expires April 25, 2010

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.,

Case No.: 07 CV 2927 (LAK)

Plaintiff,

**STATEMENT OF DAMAGES**

-against-

WATERMELONS PLUS, INC., WATERMELONS, II,
INC., ANTHONY M. PAGANO and MICHAEL J.
PAGANO,

Defendants.

| | |
|---|---|
| Principal Amount Sued for | $54,665.87 |
| Interest at 9% from December 2, 2005 through September 10, 2007 | $ 8,330.64 |
| Costs and Disbursements: | |
| Clerk's Fee | $120.00 |
| Process Server fee for service | $50.00 |
| Statutory Fee | $20.00 |
| TOTAL as of September 10, 2007 | $55,686.51 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.,

     Plaintiff,

  -against-

WATERMELONS PLUS, INC., WATERMELONS, 181,
INC. ANTHONY M. PAGANO and MICHAEL J.
PAGANO,

     Defendant.

Case No.: 07 CV 2927 (LAK)

**CLERK'S CERTIFICATE**

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 17, 2007 with the filing of a Summons and Complaint, and thereafter, the defendants, WATERMELONS PLUS INC. and MICHAEL J. PAGANO, were served with an with a copy of the Amended Summons and Amended Complaint on July 27, 2007 and July 28, 2007 respectively, and proof of such service thereof was filed with the Court.

If further certify that the docket entries indicate that the defendants, WATERMELONS PLUS INC. and MICHAEL J. PAGANO, have not filed an Answer or otherwise moved with respect to the complaint herein. The default of the defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO is hereby noted.

Dated: New York, New York
   September ___/0___, 2007

        J. MICHAEL McMAHON
        Clerk of the Court

    By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.,

                   Plaintiff,

    -against-

WATERMELONS PLUS, INC., WATERMELONS, II, INC. ANTHONY M. PAGANO and MICHAEL J. PAGANO,

                   Defendants.

Case No.: 07 CV 2927 (LAK)

**DEFAULT JUDGMENT**

This action having been commenced on May 17, 2007, by the filing of the Summons and Complaint, and thereafter, a copy of the Amended Summons and Amended Complaint were served on the defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO, and proof of such service having been filed with the Court, and time for the defendants, WATERMELONS PLUS, INC. and MICHAEL J. PAGANO, to answer the Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against the defendants, WATERMELONS PLUS, INC. and MICHAEL PAGANO in the liquidated amount of FIFTY-FOUR THOUSAND SIX HUNDRED SIXTY-FIVE and 87/100 ($54,665.87) DOLLARS, with interest at nine percent (9%) from December 2, 2005 in the amount of EIGHT THOUSAND THREE HUNDRED THIRTY and 64/100 ($8,330.64 ) DOLLARS,  plus costs and disbursements of this action in the amount of ONE HUNDRED NINETY AND 00/100 ($190.00) DOLLARS amounting in all to FIFTY-FIVE THOUSAND SIX HUNDRED EIGHTY-SIX and 51/100 ($55,686.51) DOLLARS.

Dated: New York, New York
       September   ___, 2007

                                     _____
                                        U.S.D.J.

                                   This document was entered on the
                                   docket on _____.

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

=======================================

FIERMAN PRODUCE EXCHANGE INC.,

                        Plaintiff,

        -against-

WATERMELONS PLUS, INC., WATERMELONS,
II, INC., ANTHONY M. PAGANO and MICHAEL J.
PAGANO,

                        Defendants.

=======================================

MAY 1 7 2007

Case No.: 07 CV 2927 (RO)

**AMENDED COMPLAINT (to
Enforce Payment From Produce
Trust)**

FIERMAN PRODUCE EXCHANGE, INC. (hereinafter referred to as "FIERMAN" or

"plaintiff"), for its complaint against defendants, alleges:

### JURISDICTION AND VENUE

1.      Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities

Act, 7 U.S.C. § 499e(c)(4), (hereinafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §1332.

2.      Venue in this District is based on 28 U.S.C. §1391 in that the events constituting the

claims arose in this District.

### PARTIES

3.      Plaintiff is a corporation engaged in the business of buying and selling wholesale

quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce. At

all times pertinent herein, plaintiff was licensed as a dealer under the provisions of PACA.

4.      Defendant, WATERMELONS PLUS, INC. ("WATERMELONS PLUS"), upon

information and belief, is a New York corporation with a principal place of business at 99 Terminal

1

Brooklyn Terminal Market, Brooklyn, New York, and was at all times pertinent herein, a dealer and commission merchant and subject to and licensed under the provisions of the PACA as a dealer and commission merchant.

5.    Defendant, WATERMELONS II, INC. ("WATERMELONS II"), upon information and belief, is a corporation with a principal place at 97 Brooklyn Terminal Market, Brooklyn, New York, and was at all times pertinent herein, a dealer and commission merchant and subject to and licensed under the provisions of the PACA as a dealer and commission merchant.

6.    The defendant, ANTHONY M. PAGANO ("PAGANO"), is a principal officer, director and shareholder of WATERMELONS PLUS and was the conscious moving force concerning the operations of that corporation.

7.    The defendant, PAGANO, directed all of the activities and operations of WATERMELONS PLUS.

8.    The defendant, PAGANO, is a principal officer, director and shareholder of WATERMELONS II and was the conscious moving force concerning the operations of that corporation.

9.    The defendant, PAGANO, directed all of the activities and operations of WATERMELONS II.

10.    The defendant, MICHAEL J. PAGANO ("M.J. PAGANO"), is a principal officer,

2

director and shareholder of WATERMELONS PLUS and was the conscious moving force concerning the operations of that corporation.

11.    The defendant, M.J. PAGANO, directed all of the activities and operations of WATERMELONS PLUS.

12.    The defendant, M.J. PAGANO, is a principal officer, director and shareholder of WATERMELONS II and was the conscious moving force concerning the operations of that corporation.

13.    The defendant, M.J. PAGANO, directed all of the activities and operations of WATERMELONS II.

14.    At all times hereinafter mentioned, the defendants, WATERMELONS PLUS and WATERMELONS II, were dealers and commissioned merchants and subject to and licensed under the provisions of the PACA as a dealer and commissioned merchant.

## GENERAL ALLEGATIONS

15.    This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. §499e(c).

16.    FIERMAN sold and delivered to defendant, WATERMELONS PLUS, in interstate commerce, $54,665.87 worth of wholesale quantities of produce.

17.    FIERMAN sold and delivered to defendant, WATERMELONS II, in interstate commerce, $35,381.00 worth of wholesale quantities of produce.

3

18.    Defendant, WATERMELONS PLUS, has failed to pay for the produce when payment was due, despite repeated demands and presently owe plaintiff $54,665.87.

19.    Defendant, WATERMELONS II, has failed to pay for the produce when payment was due, despite repeated demands and presently owe plaintiff $35,381.00.

20.    At the time of receipt of the produce, plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers. The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of each defendant since the creation of the trust.

21.    Plaintiff preserved its interest in the PACA trust in the amount of $54,665.87 and remains a beneficiary until full payment is made for the produce.

22.    Plaintiff preserved its interest in the PACA trust in the amount of $35,381.00 and remains a beneficiary until full payment is made for the produce.

23.    The defendants are experiencing severe cash flow problems and are unable to pay plaintiff for the produce plaintiff supplied.

24.    The defendants' failure and inability to pay show that defendants are failing to maintain sufficient assets in the statutory trust to pay plaintiff and are dissipating trust assets.

## COUNT 1 AGAINST WATERMELONS PLUS
### (FAILURE TO PAY TRUST FUNDS)

25.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 24 above as if fully set forth herein.

26.    The failure of defendant to make payment to plaintiff of trust funds in the amount of

$54,665.87 from the statutory trust is a violation of the PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests an order enforcing payment from the trust by requiring immediate payment of $54,665.87 to plaintiff.

## COUNT 2 AGAINST WATERMELONS II
### (FAILURE TO PAY TRUST FUNDS)

27.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 26 above as if fully set forth herein.

28.    The failure of defendant to make payment to plaintiff of trust funds in the amount of $35,381.00 from the statutory trust is a violation of the PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests an order enforcing payment from the trust by requiring immediate payment of $35,381.00 to plaintiff.

## COUNT 3 AGAINST WATERMELONS PLUS
### (FAILURE TO PAY FOR GOODS SOLD)

29.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 28 above as if fully set forth herein.

30.    Defendant failed and refused to pay plaintiff $54,665.87 owed to plaintiff for produce received by defendants from plaintiff.

WHEREFORE, plaintiff requests judgment in the amount of $54,665.87 against the defendant.

## COUNT 4 AGAINST WATERMELONS II
### (FAILURE TO PAY FOR GOODS SOLD)

31.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 30 above as if fully set forth herein.

32.    Defendant failed and refused to pay plaintiff $35,381.00 owed to plaintiff for produce received by defendants from plaintiff.

WHEREFORE, plaintiff requests judgment in the amount of $35,381.00 against the defendant.

## COUNT 5 AGAINST WATERMELONS PLUS
### (INTEREST AND ATTORNEY'S FEES)

33.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 32 above as if fully set forth herein.

34.    As a result of defendants' failure to make full payment promptly of $54,665.87, plaintiff has lost the use of said money.

35.    As a further result of defendant's failure to make full payment promptly of $54,665.87, plaintiff, has been required to pay attorney's 'fees and costs in order to bring this action to require defendant to comply with their statutory duties.

## COUNT 6 AGAINST WATERMELONS II
### (INTEREST AND ATTORNEY'S FEES)

36.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 35 above as if fully set forth herein.

37.    As a result of defendants' failure to make full payment promptly of $35,381.00, plaintiff has lost the use of said money.

38.    As a further result of defendant's failure to make full payment promptly of

$35,381.00, plaintiff, has been required to pay attorney's 'fees and costs in order to bring this action to require defendant to comply with their statutory duties.

## COUNT 7 AGAINST M.J. PAGANO
## (FAILURE TO PAY TRUST FUNDS)

39.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 38 above as if fully set forth herein.

40.    The defendant, M.J. PAGANO, is personally responsible to pay all sums due to the plaintiff.

**WHEREFORE**, plaintiff requests judgment against each of the defendants for prejudgment interest, costs and attorneys fees.

Dated this 15th day of May, 2007.

Respectfully submitted,

KREINCES & ROSENBERG, P.C.

By: _____

LEONARD KREINCES (LK/6524)
Attorneys for Plaintiff
900 Merchants Concourse, Suite 305
Westbury, New York 11590
(516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\FIERMAN\Watermelon Plus\Complaint Amended.wpd

7

EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY: Kreinces & Rosenberg, P.C.

FIERMAN PRODUCE EXCHANGE, INC.

Plaintiff(s), Petitioner(s)

Index No.: 07 CV 2927 (RO)

*against*

WATERMELONS PLUS INC, ET AL.

Defendant(s), Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF N.Y.: COUNTY OF NASSAU:  ss:

I, Christopher J. Klein, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Flushing, NY.

That on **July 28, 2007 at 5:37 PM at 766 Sherwood St., Private house, N. Woodmere, NY 11598**, deponent served the **Amended Summons in a Civil Action & Amended Complaint** upon **Michael J. Pagano**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By affixing and taping a true copy of each to the entrance door of said property, which is Recipient's place of residence within the state. Deponent was unable, with due diligence to find Recipient or a person of suitable age and discretion thereat, having attempted service at said address on the following notations; 7/25/07@ 6:46am, 7/26/07@ 10:38pm, 7/27/07@ 9:21am

On **July 29, 2007**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the Recipient at Recipient's place of residence in an official depository under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Recipient.

I asked the person spoken to, Mrs Wells, Neighbor, a person who resides at 760 Sherwood St., N. Woodmere, NY 11598, if the Recipient was in active military service of the United States or the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of New York State or the United States as that term is defined in the statues of New York State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Christopher J. Klein,   License No. 1188546

Sworn to before me on July 30, 2007

_____
Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

Ultimate Process Service (516) 333-3447
Case No.: 81546

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CV 2927                                          Purchased/Filed:

STATE OF NEW YORK      UNITED STATES DISTRICT COURT             SOUTHERN COUNTY

---

Fierman Produce Exchange, Inc.                                    Plaintiff

against

Watermelons Plus, Inc. and Michael J. Pagano                     Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 27, 2007 _____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____ Amended Summons in a Civil Action and Amended Complaint together with the Index # _____ on

_____ Watermelons Plus, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___38___     Approx. Wt: ___140___     Approx. Ht: ___5'6___

Color of skin: __White__     Hair color: __Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

__31st__ day of _____ July 2007 _____

_Deborah A Bottisi (Berlin)_

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6035756, Qualified in Albany County
Commission Expires February 7, 2010

_Jannos Mille_

Jessica Miller

Invoice•Work Order # 0613289

State of New York - Department of State
Receipt for Service

Receipt #:  200707300480                          Cash #: 200707300229
Date of Service:  07/27/2007                      Fee Paid: $40 - CHECK
Service Company:  05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  WATERMELONS PLUS, INC.


Plaintiff/Petitioner:
        FIERMAN PRODUCE EXCHANGE, INC.


Service of Process Address:
WATERMELONS PLUS, INC.
101-01 AVENUE D
BROOKLYN, NY 11236

                                         Secretary of State
                                         By  DONNA CHRISTIE

**EXHIBIT "C"**

0.•

5.612.00•
28.029.50•
21.010.51•
924.00•

54.665.27•

# FIERMAN PRODUCE EXCHANGE INC

COMMISSION MERCHANTS

## ONIONS & POTATOES
### OUR SPECIALTY
HUNTS POINT TERMINAL MARKET

STORES 247-256 ROW B
BRONX, N.Y. 10474

**MEMBER**
NEW YORK PRODUCE
TRADE ASSOCIATION

on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities, Act, 1930 (7 U.S.C. 499(c)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

S O L D

T O

WATERMELON PLUS, INC.
99 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

| CUSTOMER NO. | DATE |
|---|---|
| WAYNE | 12/07/05 |

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS IS OBTAINED FROM SALESMAN AUTHORIZING SAME

| TERMS: NET 10 | |
|---|---|
| CURRENT | |
| 1 WEEK | |
| 2 WEEKS | |
| 3 WEEKS | |
| PAST DUE 10 | |
| OVER 4 WEEKS | |

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 006188112/02/05 | | | DEL | | | | |
| | | 56 | CANTALOUPE 15 | 6288 | 01 | 18.00 | 1,008.00 |
| | | 70 | HONEY DEW 5'S | 6283 | 07 | 10.50 | 735.00 |
| | | 120 | TOMATO CHERRY | 6212 | 01 | 10.00 | 1,200.00 |
| | | 2 | EGGPLANT 18 | 6240 | 01 | 13.00 | 26.00 |
| | | 160 | LINER LETTUCE | 6240 | 01 | 12.00 | 1,920.00 |
| | | 40 | GRAPE CRIMSON R | 6252 | 01 | 12.00 | 480.00 |
| 0247329 | | | K-260 | | | | |
| | | 960 | MAC APPLE 140 | 960 | 01 F | 8.00 | 7,680.00 |
| | | 96 | APPLE FUJI 140 | 96 | 01 F | 8.00 | 768.00 |
| 005265612/06/05 | | | BROCK | | | | |
| | | 35 | ROMAINE LETTUCE | 6308 | 04 | 13.00 | 455.00 |
| | | 80 | LINER LETTUCE | 6275 | 03 | 13.00 | 1,040.00 |
| 006294212/07/05 | | | DEL | | | | |
| | | 40 | LINER LETTUCE | 6275 | 01 | 13.00 | 520.00 |
| | | 43 | CANTALOUPE 15 | 6288 | 01 | 18.00 | 774.00 |
| | | 7 | SQUASH GR.W/B | 6318 | 07 | 14.00 | 98.00 |
| | | 32 | CELERY/PAS 24 | 6241 | 01 | 15.00 | 480.00 |

DEC 21 2006

JAN 6 2006

AUG 2 9 2006

** THANK YOU FOR YOUR PROMPT PAYMENT **

Pd A1c
8/04/06                    0.00 *

OK 1026          10,000.00

Bill                       3,812.00 *

13,812.00*

Pd A1c - Phone
hil 3003...

AMOUNT DUE $17,184.00

# FIERMAN PRODUCE EXCHANGE INC.

COMMISSION MERCHANTS

## ONIONS & POTATOES

### OUR SPECIALTY

HUNTS POINT TERMINAL MARKET

STORES 247-256 ROW B
BRONX, N.Y. 10474

TELEPHONE 718-893-1640
FAX NO. 718-328-3738

PAST DUE ACCOUNTS WILL ACCRUE 1.25%
INTEREST PER MONTH. IF LEGAL ACTION
IS TAKEN TO COLLECT PAST DUE AMOUNT,
YOU AGREE TO PAY OUR REASONABLE
ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE
IMMEDIATELY UPON RECEIPT OF GOODS

PAGE    2

"The perishable agricultural commodities listed
on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable
Agricultural Commodities Act, 1930 (7 U.S.C.
499(e)(c)). The seller of these commodities
retains a trust claim over these commodities, all
inventories of food or other products derived from
these commodities and any receivables or pro-
ceeds from the sale of these commodities until
full payment is received."
"In the event of the enforcement of our trust
claim, we will seek to recover reasonable attor-
ney's fees and the costs of recovery."

MEMBER
NEW YORK PRODUCE
TRADE ASSOCIATION INC.

TERMS NET 10 DAYS

SOLD TO

WATERMELON PLUS INC.
99 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO. WATR
DATE 12/14/05

| CURRENT | 28089.50 |
| 1 WEEK | 17184.00 |
| 2 WEEKS | 8648.00 |
| 3 WEEKS | 4845.00 |
| PAST DUE | 98506.00 |
| OVER 4 WEEKS | |

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP
IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 10 | CUKE SELECT | 6401 | 07 | 32.00 | 320.00 | 2,398.00 | 2,398.00 |
| | | 148 | RUSSETS #2 | 6397 | 02 | 8.50 | 1,258.00 | | |



NET CASH—IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT
OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

AMOUNT DUE  $  28,089.50

** YOUR PROMPT PAYMENT IS APPRECIATED **

# FIERMAN PRODUCE EXCHANGE INC.

COMMISSION MERCHANTS
## ONIONS & POTATOES
## OUR SPECIALTY
HUNTS POINT TERMINAL MARKET
STORES 247-256 ROW B
BRONX, N.Y. 10474

TELEPHONE 718-693-1640
FAX NO. 718-328-3738

MEMBER
NEW YORK PRODUCE
TRADE ASSOCIATION INC

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."
"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

SOLD TO

WATERMELON PLUS, INC.
99 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO. WATB
DATE 12/14/05

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEYS FEES AND COSTS

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS

PAGE 1

TERMS NET 10 DAYS

| CURRENT | 28089.50 |
| 1 WEEK | 17184.00 |
| 2 WEEKS | 8648.00 |
| 3 WEEKS | 4845.00 |
| PAST DUE | 98506.00 |
| OVER 4 WEEKS | |

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

NET CASH—IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 0053263 | 12/08/05 | 48 | LINER LETTUCE | 6275 | 03 | 13.00 | 624.00 | 28089.50 | |
| | | 5 | LEMON 165 | 6199 | 02 | 16.00 | 80.00 | 17184.00 | |
| | | 20 | BROCCOLI 14 | 6353 | 01 | 6.00 | 120.00 | 8648.00 | |
| 0247126 | | | K-261 | | | | | 824.00 | |
| | | 1680 | ANJOU PEAR 150 | 1680 | 01 | 11.45 | 19,236.00 | | |
| | | 1 | RECORDER | 75CT.1/2 | | 23.50 | 23.50 | 19,259.50 | 20,083.50 |
| 0053649 | 12/09/05 | | DEL | | | | | | |
| | | 30 | ROMAINE LETTUCE | 6327 | 03 | 14.00 | 420.00 | | |
| | | 50 | TOMATO CHERRY | 6293 | 01 | 11.00 | 550.00 | | |
| | | 20 | SQUASH MED GR. | 6385 | 02 | 8.00 | 160.00 | | |
| | | 120 | LINER LETTUCE | 6344 | 04 | 13.00 | 1,560.00 | 2,690.00 | 2,690.00 |
| 0064467 | 12/14/05 | 80 | LINER LET | 6340 | 01 | 14.00 | 1,120.00 | | |
| | | 2 | EGGPLANT | 6465 | 02 | 15.00 | 30.00 | | |
| | | 20 | SQUASH FCY GREE | 6377 | 02 | 14.00 | 280.00 | | |
| | | 56 | CANTALOUPE 15 | 6370 | 02 | 18.00 | 1,008.00 | | |
| | | 32 | CELERY/PAS 24 | 6299 | 02 | 15.00 | 480.00 | 2,918.00 | |
| 0064800 | 12/14/05 | | DEL | | | | | | |
| | | 40 | HONEY DEW 5'S | 6371 | 01 | 10.00 | 400.00 | | |
| | | 15 | RD.PEPPER XLGE. | 6394 | 04 | 28.00 | 420.00 | | 2,918.00 |

AMOUNT DUE $

# FIERMAN PRODUCE EXCHANGE INC.

COMMISSION MERCHANTS

## ONIONS & POTATOES
### OUR SPECIALTY
HUNT'S POINT TERMINAL MARKET

STORES 247-256 ROW B
BRONX, N.Y. 10474

TELEPHONE
FAX NO. 718

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEYS FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS

PAGE   1

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."

"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

MEMBER
NEW YORK PRODUCE TRADE ASSOCIATION INC.

SOLD TO

WATERMELON PLUS INC.
99 BROOKLYN TERMINAL MKT.
BROOKLYN, NY 11236

CUSTOMER NO.
WATE
DATE
12/21/05

| CURRENT | 21840.37 |
|---|---|
| 1 WEEK | 28089.50 |
| 2 WEEKS | 17184.00 |
| 3 WEEKS | 8648.00 |
| PAST DUE | 91119.00 |
| OVER 4 WEEKS | |

TERMS NET 10 DAYS

NET CASH—IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0065156 | 12/15/05 | 32 | CELERY/PAS 24 | 6339  03 | 15.00 | 480.00 | | |
| | | 20 | LINER LETTUCE | 6340  02 | 14.00 | 280.00 | 760.00 | 760.00 |
| 0065493 | 12/16/05 | 40 | LINER LETTUCE | 6340  02 | 14.00 | 560.00 | | |
| | | 20 | ROMAINE LETTUCE | 6372  05 | 14.00 | 280.00 | | |
| | | 1 | CAULIFLOWER 12 | 6393  03 | 18.00 | 18.00 | | |
| | | 5 | BROCCOLI 14 | 6369  01 | 12.00 | 60.00 | | |
| | | 19 | CELERY/PAS 30 | 6393  02 | 15.00 | 285.00 | | |
| | | 13 | CELERY/PAS 30 | 6413  03 | 15.00 | 195.00 | 1,398.00 | 1,398.00 |
| 0247531 | 12/19/05 | 931 | K-280 ANJOU PEAR 150 | 931  01 | 17.77 | 16,543.87 | | |
| | | 1 | RECORDER | | 23.50 | 23.50 | 16,567.37 | 16,567.37 |
| 0065266 | 12/20/05 | | DEL | | | | | |
| | | 80 | LET.CELLO 24 | 6416  01 | 17.00 | 1,360.00 | | |
| | | 15 | HONEY DEW 5'S | 6412  04 | 10.00 | 150.00 | | |
| | | 5 | BROCCOLI 14 | 6421  01 | 15.00 | 75.00 | 1,585.00 | 1,585.00 |
| 0065678 | | | PICK UP | | | | | |
| | | 90 | LINER LETTUCE | 6433  03 | 17.00 | 1,530.00 | 1,530.00 | 3,115.00 |

\* \* \* \* \* \* \* \* \* \*  MERRY CHRISTMAS  \* \* \* \* \* \* \* \* \* \* \*

AMOUNT DUE   $   21,840.37

# FIERMAN PRODUCE EXCHANGE INC.

COMMISSION MERCHANTS

## ONIONS & POTATOES
## OUR SPECIALTY

HUNTS POINT TERMINAL MARKET

STORES 247, 256 ROW B
BRONX, N.Y. 10474

TELEPHONE 718-893-1640
FAX NO. 718-328-3738

PAST DUE ACCOUNTS WILL ACCRUE 1.25% INTEREST PER MONTH. IF LEGAL ACTION IS TAKEN TO COLLECT PAST DUE AMOUNT, YOU AGREE TO PAY OUR REASONABLE ATTORNEY'S FEES AND COSTS.

CLAIMS FOR ERRORS MUST BE MADE IMMEDIATELY UPON RECEIPT OF GOODS

PAGE  1

MEMBER
NEW YORK PRODUCE TRADE ASSOCIATION INC.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."

"In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| | |
|---|---|
| **S O L D** | WATERMELON PLUS, INC. 99 BROOKLYN TERMINAL MKT. BROOKLYN, NY 11236 |
| **T O** | |

CUSTOMER NO.
WATE

DATE
12/28/05

TERMS NET 10 DAYS

| CURRENT | 924.00 |
|---|---|
| 1 WEEK | 21840.37 |
| 2 WEEKS | 28089.50 |
| 3 WEEKS | 17184.00 |
| PAST DUE | 99767.00 |
| OVER 4 WEEKS | |

| INVOICE NO. | DATE | QUANTITY | DESCRIPTION | | | PRICE | EXTENSION | TICKET TOTAL | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 0068034 | 12/28/05 | | | | | | | | |
| | | 30 | CARROT LOOSE | 6496 | 04 | 12.00 | 360.00 | | |
| | | 23 | CELERY / PAS | 6470 | 02 | 16.00 | 368.00 | | |
| | | 14 | LINER LETTUCE | 6458 | 01 | 14.00 | 196.00 | 924.00 | 924.00 |

NET CASH-IN ACCORDANCE WITH PACA TRUST, PAYMENT IS DUE UPON RECEIPT OF INVOICE, AND PAST DUE 10 DAYS FROM ACCEPTANCE OF DELIVERY.

NO ALLOWANCES OR RETURNS WILL BE GIVEN UNLESS A CREDIT SLIP IS OBTAINED FROM SALESMAN AUTHORIZING SAME.

AMOUNT DUE  $    924.00

* * * * * * * * * HAVE A HAPPY NEW YEAR * * * * * * * * *