UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FIREMAN PRODUCE EXCHANGE INC.,

        Plaintiff,

-against-                       07 Civ. 2927 (LAK)

WATERMELONS PLUS, INC., et al.,

        Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment against defendants Watermelons Plus, Inc. and Michael J. Pagano in the amount of $54,665.87 [DI 18] is granted. Inasmuch as this finally disposes of all claims against all parties, the Clerk shall enter final judgment and close the case.

        SO ORDERED.

Dated:      September 26, 2007

                                          _____
                                              Lewis A. Kaplan
                                          United States District Judge



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07