```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FIREMAN PRODUCE EXCHANGE INC.,

                Plaintiff,

    -against-

WATERMELON PLUS, INC., et al.,

                Defendants.
------------------------------------------------------------X

07 CIVIL 2927 (LAK)

**DEFAULT JUDGMENT**

    Plaintiff having moved for a default judgment against defendants Watermelons Plus, Inc. and Michael J. Pagano, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on September 26, 2007, having rendered its Order granting plaintiff's motion for a default judgment against defendants Watermelons Plus, Inc. and Michael J. Pagano in the amount of $54,665.87, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2007, plaintiff's motion for a default judgment against defendants Watermelons Plus, Inc. and Michael J. Pagano in the amount of $54,665.87 is granted; accordingly, the case is closed.

**Dated:** New York, New York
         September 26, 2007

                                                J. MICHAEL McMAHON
                                                  Clerk of Court

                              BY:
                                                    Deputy Clerk

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON _____